UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARHAM d/b/a PI SPEAKERS<br><br>PLAINTIFF,<br><br>V.<br><br>ZAK MORRIS COMPANY, INC., A CALIFORNIA CORPORATION d/b/a AUDIO ASYLUM AND d/b/a AUDIOASYLUM.COM; ROD MORRIS, AN INDIVIDUAL; DOES 1-10, INCLUSIVE,<br><br>DEFENDANTS. | CIVIL ACTION NO. 06-CV-1799 JM (LSP)<br><br><br><br>ORDER ON JOINT MOTION FOR DISMISSAL |
| ZAK MORRIS COMPANY, INC.,<br><br>COUNTERCLAIM PLAINTIFF,<br><br>VS.<br><br>WAYNE PARHAM d/b/a PI SPEAKERS,<br><br>COUNTERCLAIM DEFENDANT | JURY TRIAL DEMANDED |

**ORDER ON JOINT MOTION FOR DISMISSAL**

Upon reviewing the "Joint Motion for Dismissal" filed with this court and signed by attorneys for both parties, the Court orders that the above-captioned matter is hereby dismissed with prejudice.  The Court observes that pursuant to a joint motion for dismissal by and among the undersigned counsel to the parties in the above-captioned action, Plaintiff Wayne Parham d/b/a Pi Electronics ("Plaintiff") and Defendants Zak Morris Company, Inc. d/b/a Audio Asylum and Rod Morris (collectively "Defendants") that, pursuant to Federal Rule of Civil Procedure 41, the above-captioned action is hereby dismissed in accordance with the parties' settlement agreement, with prejudice, and without costs or fees to any parties.  This Court, and his Honor Magistrate Judge Leo Papas, retains jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: January 8, 2008

                                                            Jeffrey T. Miller
                                                        United States District Judge

Cc:     All parties